IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cahill, Mike | Case Number: 04 B 37848 |
|---|---|---|
| | Cahill, Joan | Judge: Hollis, Pamela S |
| | Printed: 6/3/08 | Filed: 10/12/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: November 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46,500.00 | |
| Secured: | | 34,872.34 |
| Unsecured: | | 4,712.44 |
| Priority: | | 0.00 |
| Administrative: | | 2,160.00 |
| Trustee Fee: | | 2,382.54 |
| Other Funds: | | 2,372.68 |
| Totals: | 46,500.00 | 46,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richardson Stasko Boyd & Mack LLC | Administrative | 2,160.00 | 2,160.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Novy's Windows | Secured | 2,968.85 | 2,968.85 |
| 5. | CitiFinancial | Secured | 2,500.00 | 2,500.00 |
| 6. | Charter One Auto Finance | Secured | 3,568.18 | 3,568.18 |
| 7. | GMAC Mortgage Corporation | Secured | 52,162.21 | 25,835.31 |
| 8. | Portfolio Recovery Associates | Unsecured | 41.87 | 77.81 |
| 9. | Nicor Gas | Unsecured | 465.96 | 865.82 |
| 10. | Resurgent Capital Services | Unsecured | 424.51 | 788.81 |
| 11. | World Financial Network Nat'l | Unsecured | 36.36 | 67.56 |
| 12. | Resurgent Capital Services | Unsecured | 26.96 | 50.09 |
| 13. | Resurgent Capital Services | Unsecured | 19.67 | 36.54 |
| 14. | ECast Settlement Corp | Unsecured | 274.83 | 510.67 |
| 15. | Pomp's Tire Service | Unsecured | 2,433.80 | 2,277.85 |
| 16. | Tri Cap Investment Partners | Unsecured | 20.07 | 0.00 |
| 17. | Tri Cap Investment Partners | Unsecured | 19.67 | 0.00 |
| 18. | Tri Cap Investment Partners | Unsecured | 424.51 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 20.07 | 37.29 |
| 20. | Tri Cap Investment Partners | Unsecured | 41.87 | 0.00 |
| 21. | Tri Cap Investment Partners | Unsecured | 26.96 | 0.00 |
| 22. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 23. | Bankcard Services | Unsecured | | No Claim Filed |
| 24. | Aspire | Unsecured | | No Claim Filed |
| 25. | Computer Credit Service Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Cahill, Mike  
Cahill, Joan  
Printed: 6/3/08

Case Number: 04 B 37848  
Judge: Hollis, Pamela S  
Filed: 10/12/04

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | American Bankers Ins Group | Unsecured | | No Claim Filed |
| 27. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 28. | Capital One | Unsecured | | No Claim Filed |
| 29. | Shell Credit Card | Unsecured | | No Claim Filed |
| 30. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 31. | WFNB Limited | Unsecured | | No Claim Filed |
| 32. | Phillips 66 | Unsecured | | No Claim Filed |
| 33. | McNeal Family Health | Unsecured | | No Claim Filed |
| 34. | Lyons Fire Department | Unsecured | | No Claim Filed |
| 35. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 36. | CB Accounts | Unsecured | | No Claim Filed |

$ 67,636.35         $ 41,744.78

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 402.99 |
| 4% | 120.77 |
| 3% | 2.40 |
| 5.5% | 939.80 |
| 5% | 77.50 |
| 4.8% | 297.60 |
| 5.4% | 541.48 |

$ 2,382.54

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

